AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

CLIFFORD JOHNSON,

Defendant

Case No.

19 MJ04438

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of August 9, 2019 and August 27, 2019, in the counties of Los Angeles and Orange, in the Central District of California, defendant CLIFFORD JOHNSON violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Andrew Marquette, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/21/19

City and state: Los Angeles, California

CHARLES F. EICK
_____
Judge's signature

Hon. Charles F. Eick, U.S. Magistrate Judge
_____
Printed name and title

LODGED
2019 OCT 21 AM 10:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# AFFIDAVIT

I, Andrew Marquette, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am currently employed as a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI") and an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18 of the United States Code. I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. I have been employed as a SA with the FBI since March 2019. I am presently assigned to the Los Angeles Field Office, Long Beach Resident Agency, where I was responsible for investigating violent crimes, threats to life, and other violations of federal statutes. I received formal training to become a SA at the FBI Academy in Quantico, Virginia, which included training on crimes affecting interstate commerce, to include robberies.

3. I am one of the SAs responsible for investigating matters referenced in this affidavit. Because of my participation in this investigation, which includes reviewing evidence and analyzing reports and statements made by other law enforcement personnel, I am familiar with the facts and circumstances of this investigation.

4. Because of my conversations with other law enforcement personnel, including with FBI SAs experienced with Hobbs Act robbery investigations and other FBI SAs directly involved in

1

this investigation, I am familiar with the methods used by individuals to commit Hobbs Act robberies and techniques to identify them.

## II. PURPOSE OF AFFIDAVIT

5. This affidavit is made in support of a criminal complaint and arrest warrant against CLIFFORD JOHNSON ("JOHNSON"), for violations of Title 18, United States Code, Section 1951(a), Conspiracy to Commit Interference with Commerce by Robbery and Interference with Commerce by Robbery.

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

7. Law enforcement has been investigating a series of armed robberies of pharmacies. As described below, law enforcement has identified JOHNSON as an individual involved in two of the more recent armed robberies in the series, namely, the August 9, 2019 armed robbery in Pico Rivera and the August 27, 2019 armed robbery in Seal Beach.

8. JOHNSON has registered to him and has been seen by law enforcement driving a grey Ford Mustang with a black racing

stripe that is consistent with a vehicle that was used in both the August 9, 2019 and August 27, 2019 armed robberies. For example, at the August 9, 2019 Pico Rivera robbery, after exiting the pharmacy, the robbers fled to a dark grey Ford Mustang with a black racing stripe and left the area. At the August 27, 2019 Seal Beach robbery, a dark grey Ford with a racing stripe was used to follow the pharmacy delivery truck, after the truck and truck driver were taken at gunpoint to another location away from the pharmacy. Through this investigation law enforcement has determined that JOHNSON drives, and has registered to him, a dark grey Ford Mustang with a black racing stripe. Indeed, during a Mirandized interview of JOHNSON, JOHNSON acknowledged that the surveillance footage appeared to depict his dark grey Ford Mustang, but claimed that he had recently lost a set of keys to his car.

9.  Second, law enforcement has identified a phone number used by JOHNSON. Specifically, JOHNSON had the phone corresponding to this phone number with him at the time a search warrant was conducted on him and the dark grey Ford Mustang on September 25, 2019. In addition, during the search of the phone, pursuant to the warrant, law enforcement found selfie-type photographs and an incoming text message in which the recipient is referred to as "Clifford." Based on cell tower dump analysis, this phone was pinging off cell towers in the area of both the August 9, 2019 Pico Rivera and August 27, 2019 Seal Beach robberies at the times the robberies occurred.

3

10. Third, during a review of the contents of JOHNSON's phone, conducted pursuant to a search warrant, law enforcement found numerous messages, including on August 27, 2019, in which JOHNSON appears to be selling pharmaceutical drugs, consistent with what was stolen in that robbery. In addition, in JOHNSON's phone law enforcement found an internet search early on the morning of August 27, 2019 (the day of the Seal Beach robbery) in which JOHNSON searches for a location that is in close proximity to the robbery location. Law enforcement also found an internet search, although the forensic dump did not include a date for the search, for "Coslo," which is the name of the pharmacy targeted in the August 9, 2019 Pico Rivera robbery, along with a link that includes the address of the pharmacy.

IV. **PROBABLE CAUSE**

A. **The Robberies Under Investigation**

11. The FBI, in conjunction with the Los Angeles County Sheriff's Department ("LASD") and other law enforcement agencies, is investigating a series of robberies, consisting of more than thirty-five pharmacy robberies in the Central District of California, in violation of 18 U.S.C. § 1951(a), by known and unknown targets who appear to be the same persons/crew. The robbery series started on or about April 10, 2018 and has continued through at least late-September 2019. There are also related burglaries of pharmacies that have been identified going back to January 2018.

12. The robberies appear linked based on common modus operandi, including targeting smaller pharmacies, placing

prescription drugs they took into trash bags and/or trash cans from the pharmacy, using a black semi-automatic handgun (in each robbery but one (Huntington Beach)), forcing employees to open the medication/prescription drug vault/safe, taking the store employees' cell phones and discarding them later – preventing the store employees from immediately calling the police and using similar getaway vehicles. In addition, they appear to be linked in some capacity based on telephone analysis.

13. Ten individuals – TERRELL MITCHELL ("T. MITCHELL"), DARRELL MITCHELL ("D. MITCHELL"), DEANDRE BONNEY ("BONNEY"), TYROME LEWIS ("T. LEWIS"), AARON GANNER ("A. GANNER"), CURTIS HOUSTON ("HOUSTON"), EUGENE HALCROMB ("HALCROMB"), KARON LOFTON ("LOFTON"), DOMINIQUE THOMPSON ("THOMPSON"), and DEVON JACKSON ("JACKSON") – have been charged for their roles in various robberies. Law enforcement is also investigating additional suspects connected to the robberies.

14. I have reviewed police reports and police flyers from two of the more recent robberies – Pico Rivera, California, and Seal Beach, California, and spoke with FBI SAs Stephen May and Daniel Clift regarding the investigations, and assisted with the investigation into the Seal Beach incident.

**B.   The August 9, 2019 Robbery and August 27, 2019 Robbery**

  1. <u>Background on the August 9, 2019 Robbery of Coslo Pharmacy in Pico Rivera</u>

15. On August 9, 2019, Coslo Pharmacy, located at 9301 Telegraph Road, Pico Rivera, California reported an armed

5

robbery to the LASD ("Pico Rivera Robbery"). The same pharmacy was also robbed by the same suspected crew on or about September 21, 2018. During this robbery, the suspects ordered the victim employees to provide "Oxy," a common street-reference to Oxycontin. The employees stated they did not have any Oxy in the pharmacy and the suspects fled the pharmacy with miscellaneous pill bottles. A witness observed the suspects exit the pharmacy and run to a beige Ford Mustang. A review of a surveillance photograph revealed the vehicle was a dark grey Ford Mustang with a black racing stripe down the middle.

    2.   <u>August 27, 2019 Delivery Truck Robbery in Seal Beach</u>

16. On August 27, 2019, an adult male employed by Fox Transportation ("Victim Driver"), was driving a yellow unmarked box-style delivery truck ("delivery truck") in Orange County, California. Fox Transportation serves as a delivery service for pharmacies throughout Los Angeles and Orange counties. The Victim Driver was making routine deliveries in Seal Beach, California. Shortly before 11:00 a.m., the Victim Driver arrived at the Rite Aid pharmacy located at 12541 Seal Beach Boulevard, Seal Beach, California, 90740, (the "Seal Beach Rite Aid") and parked near the main entrance.

17. After the Victim Driver parked in front of the Seal Beach Rite Aid, he exited and opened the rear roll up door, after which he was approached by two men disguised with bandannas over their faces. One of the men displayed a black

handgun and stated, in substance and in part, "Don't make me use this forty-five."

18. The men forced the Victim Driver into the truck and instructed him to lay on the floorboard. Fearing for his safety, the Victim Driver complied.

19. The men drove the truck to the Saint Cornelius Church located at 5500 East Wardlow Avenue, Long Beach, California, 90808, where they proceeded to offload several totes containing prescription drugs into a U-Haul truck. They took the Victim Driver's phone, keys, and wallet before leaving him on the floorboard of his truck and departing the location. While offloading the truck, the Victim Driver reported that he observed a third subject.

20. After the subjects departed, the Victim Driver flagged down a citizen walking past the location and was able to use their mobile phone to notify the police.

21. Surveillance video from a residence later recovered by Seal Beach Police Department ("SBPD") personnel showed the unmarked delivery truck driving through Long Beach while being followed by a U-Haul moving truck and a two-door dark grey Mustang with a black racing stripe.

22. The Victim Driver described all three subjects as adult African-American males, between 20 to 30 years old.

23. SBPD personnel also recovered surveillance video from the ARCO Gas Station located at 3100 North Los Coyotes Diagonal, Long Beach, California, 90815. That gas station was located between the Seal Beach Rite Aid and the Saint Cornelius Church.

SBPD Detective Jon Ainley played a portion of the footage for me. At approximately 11:04 a.m., shortly after the robbery occurred, I observed the yellow delivery truck pass the gas station. On the surveillance camera footage, I noticed an African-American adult male was seated in the front passenger seat of the delivery truck and it appeared that his right arm was holding something up to his ear -- likely a mobile telephone. Detective Ainley also informed me that the Victim Driver, a Hispanic male, stated during subsequent interviews with SBPD personnel that he heard at least one of the male subjects talking on his mobile telephone throughout the drive from the Seal Beach Rite Aid to the Saint Cornelius Church.

24. Based on my review of police reports and police flyers, and discussions with law enforcement personnel involved with both investigations, I believe both robberies are connected. Notably, both involved the use of a Ford Mustang with a black racing stripe down the center.

    a. In the August 9, 2019, robbery, the Ford Mustang was used as the getaway car.

    b. In the August 27, 2019, robbery, the robbers took a delivery truck driver hostage and drove him to another location. Based on surveillance video obtained by SBPD Detectives, a Ford Mustang with a black racing stripe followed the delivery truck.

    c. Based on my review of the surveillance images and reports, it appears to be the same Ford Mustang at both robberies.

### C. Identification of JOHNSON's Dark Grey Ford Mustang

25. Through surveillance conducted by LASD, LASD identified a dark grey Ford Mustang that matched the description of the Ford Mustang used in these two robberies parked in front of 5720 Lemon Avenue, Long Beach, California. In particular, the Ford Mustang has the same damage to the back of the car and a black racing stripe.

26. On August 21, 2019, law enforcement obtained a warrant for a GPS tracker on the Mustang, and on September 4, 2019, placed the GPS tracker on the Mustang. Law enforcement also conducted surveillance several times on the Mustang and each time during the surveillance identified an individual consistent with JOHNSON as the driver. Additionally, the Ford Mustang is registered to JOHNSON.

### D. Traffic Stop of JOHNSON and Seizure of Cellphones

27. On September 25, 2019, law enforcement stopped the Ford Mustang registered to JOHNSON. At the time of the stop, JOHNSON was identified as the sole occupant in the vehicle. JOHNSON was in possession of two cellular telephones. Law enforcement collected two cellular telephones, pursuant to a search warrant authorizing the collection of the data on the phones.

28. Based on an initial review of the data from JOHNSON's cell phones, law enforcement determined that the phone numbers

on the two phones correspond to 562-375-8179 ("JOHNSON'S PHONE") and 626-478-4925.[1]

### E. Interview of JOHNSON

2. On September 25, 2019, JOHNSON was arrested on unrelated warrants issued by Los Angeles County. While in custody, SA May questioned JOHNSON about his role in the robberies under investigation. JOHNSON was advised of his Miranda rights. JOHNSON initially requested an attorney, at which point the interview terminated. However, JOHNSON then reinitiated discussion with SA May and waived his Miranda rights.

3. JOHNSON denied a role in the robberies under investigation. JOHNSON acknowledged that the Mustang in the LASD flyers appeared to be his. JOHNSON stated that he recently lost a set of keys to his car and that someone may have found the keys and been using his Mustang. JOHNSON also stated that his phones were frequently kept in his vehicle. JOHNSON ultimately terminated the interview with SA May.

---

[1] Law enforcement has reviewed the forensic dump of the second phone (ending in 4925). Based on the forensic dump, law enforcement has been unable to determine whether this phone is an alternative phone of JOHNSON's or belongs to another member of the conspiracy. Notably, pursuant to a warrant, law enforcement obtained cell site records for this phone (ending in 4925) and, based on those records, determined that this phone was present at several robberies under investigation as part of this conspiracy.

### F. JOHNSON'S PHONE Was Pinging Off Cell Towers Near the August 9, 2019 Pico Rivera Robbery and the August 27, 2019 Seal Beach Robbery

4. Throughout this investigation, law enforcement has obtained several search warrants for cell tower information related to the robberies under investigation. (Most relevant to this application, 19-MJ-03469 was the tower dump request for cell towers used during the Pico Rivera Robbery and 19-MJ-03712 was the tower dump request for the Seal Beach Robbery).

5. On September 25, 2019 and September 26, 2019, law enforcement ran the phone numbers for JOHNSON'S PHONE through the tower dump data productions.

6. Based on the tower dump data, law enforcement determined that JOHNSON'S PHONE was pinging off a cell tower(s) near the August 9, 2019 Pico Rivera Robbery, and the August 27, 2019 Seal Beach Robbery at the time of those robberies.

7. Further review of the cell tower data showed that JOHNSON'S PHONE was in contact with (562) 584-2937 ("x2937") on the day of and approximate time period of the Seal Beach robbery. Based on a further review of cellular tower data, this additional number, (x2937), was also pinging off a tower at the August 27, 2019 Seal Beach robbery.

8. Based on my discussions with FBI SAs experienced with investigations of robberies and criminal conspiracies, I know that it is common for individuals involved in robbery conspiracies to use cell phones to coordinate with one another. Such individuals may call one another to discuss routes, plans

for the sale of the stolen items, or other aspects of the conspiracy. In my training and experience, individuals who conduct robberies may rely on co-conspirators to conduct surveillance, scout the intended robbery target, or drive a getaway car, among other things. Additionally, evidence and information gathered from the Seal Beach Delivery Truck robbery indicates that several individuals were involved and used cellular telephones to communicate throughout the crime.

### G. Search of JOHNSON'S PHONE Indicates JOHNSON's Involvement in the Robberies Under Investigation

9. Pursuant to a state search warrant authorized by the Honorable John Torribio, Superior Court Judge for Los Angeles County, obtained by LASD Detectives, LASD personnel physically extracted the contents of JOHNSON'S PHONE (which as set forth above, was collected from him on September 25, 2019). SA May provided a report containing a portion of the data extracted, including internet searches and short message service ("SMS") text messages from JOHNSON'S PHONE from August 26 and 27, 2019, which is around the time of the Seal Beach robbery described above.

   a. I reviewed the report and noticed several SMS messages referring to the sale of pharmaceutical drugs. For example, on August 27, JOHNSON'S PHONE sent, "I got oxy norsc (sic)," "Oxy 15 mg $12," and "1000 norcs" in response to an incoming message asking how many he had.

   b. Additional messages referenced meeting locations. For example, on August 27, 2019, at approximately 3:00 p.m.,

JOHNSON'S PHONE received the following SMS messages from telephone number 310-299-4661, "Hey, might need about 40 again. U got enough?", "Yo, do u got norcs still?", and "I'm headed to u. Be there in 25min. Text u when I'm at the taco bell."

    c. Several additional messages referred to prices and sales of "norcs," which I know to be a street slang referring to narcotic pills, such as opiates like Oxycontin. The term oxy is an abbreviated version of Oxycontin, a popular opiate drug sold illicitly, often following robberies of pharmacies.

    d. Additionally, the report from the data extraction of JOHNSON'S PHONE included searches from Google and the Safari Application, which is an internet searching application found on iPhones. Safari recorded several searches for different types of pills. A few examples of searches from August 27, 2019 are as follows: diphennoxylate pill (likely searching for Diphenoxylate), metformin hydrochloride, losartan pill, albuterol pill, Propecia pill, nifedipine pill, aripiprazole pill, and U31 pill, which corresponds to Dextroamphetamine 30 milligrams ("mg"), a CNS stimulant commonly used to treat narcolepsy.

    e. The report also included a historical search for the address 12337 Seal Beach Boulevard, Seal Beach, CA 90740, on Google Maps. The date and time stamp for that search was August 27, 2019, at approximately 2:03 a.m. That address is located in close proximity to the initial location in which the gunmen approached the Victim Driver in Seal Beach later that day.

  f. On August 26, 2019 at approximately 11:56 p.m., JOHNSON'S PHONE received the message, "Clifford," and responded, "Wasup mish," from telephone 310-667-0392, with the name of "Mish" associated with the number.

  g. Within the phone there were selfie-type photographs of JOHNSON. There was a photograph of JOHNSON's California driver's license.

  h. On an unknown date (search was deleted), the word "coslo" with other words were searched. The actual Uniform Resource Locator ("URL") result was as follows: "https://www.google.com/search?client=safari&hl=enus&ei=gaVNXe2LD6uS0wLUyIPQBg&q=coslo+pharmacy+downey&oq=coslo+pharmacy+downey&gs_l=mobile-gws-wizserp.3..33i160.11063.18754..20251...9.0..0.200.2573.0j17j1......0....1.........35i39j0i22i30j33i299j0i10j0j46i10j35i304i39j0i13i30j33i10i299j33i22i29i30.NxRSkmBNay0#fid=0x80c2d27310eda0d1:0xc4a2f6f99b5784be&fpstate=luuv&imagekey=!1e10!2sAF1QipOFC0exgj27DyOwLgNkrA_gW275IAvFO7qHslPU&viewerState=ga"

  i. When I copied the above URL into a web browser, one of the first results was the Coslo Pharmacy located at 9301 Telegraph Road in Pico Rivera, California, which was the target of the August 9, 2019 robbery described above.

  **H.** **Interstate Commerce**

  10. On October 8, 2019, SA Clift spoke to Dave Langrehr, Senior Vice President for Fox Transportation, via telephone. Langrehr stated that the freight from the victim driver's truck was picked up in Santa Fe Springs, California. The customer for

14

which the deliveries were made was McKesson Drug, a national drug distributor. The freight included scheduled pharmaceutical drugs that were manufactured and shipped from various locations within the United States. Langrehr noted that the victim driver travels the same route each day for his deliveries. Fox Transportation also has distribution points in Colorado and Nevada, with daily routes to Nevada.

11. On October 15, 2019, SA May interviewed Sandra Huantes, Pharmacist in Charge of Coslo Pharmacy, at 9301 Telegraph Road, Pico Rivera, California. Huantes stated that Coslo Pharmacy receives shipments of prescription drugs for resale and to restock their inventory approximately once a month from Parmed Pharmaceuticals located 5960 East Sheldy Drive, Suite 100, Memphis, Tennessee, 38141. Coslo Pharmacy received such shipments in September 2018 and August 2019. Coslo Pharmacy also accepts credit card payments.

//
//

### IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that JOHNSON violated Title 18, United States Code, Section 1951(a) (Conspiracy to Commit Hobbs Act Robbery and Hobbs Act Robbery) for his involvement in the robberies described above.

/s/
_____
ANDREW MARQUETTE,
Special Agent,
Federal Bureau of Investigation

Subscribed to and sworn before me this 21st day of October, 2019.

CHARLES F. EICK
_____
UNITED STATES MAGISTRATE JUDGE

16